Matt J. O'Connell, appellee, v. F. Landon, individually, trading as F. Landon Cartage Company, and F. Landon Cartage Company, appellants. Gen. No. 27,625.

Action for personal injuries due to the negligent operation of defendants' automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellants. Hoover & Cody, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Samuel Rudikoff, appellee, v. Joseph Siegel, appellant. Gen. No. 27,635.

Action to recover for expenses caused by defendant's failure to complete his contract to repair a building. Set-off claim for extra work. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

Edmund W. Froehlich, for appellant. Jacob Levy, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Paul Schroeder, trading as Paul Schroeder & Company, appellant, v. H. H. McKenzie, appellee. Gen. No. 27,645.

Action to recover real estate commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

Winters, Price & Stevens, for appellant; George M. Stevens and Melvin L. Griffith, of counsel. Mergentheim, Altheimer & Mayer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Joseph E. Thoren, appellee, v. William B. Walrath, appellant. Gen. No. 27,660.

Action for a balance due on the purchase price of real estate contracts sold to defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

King, Brower & Hurlbut, for appellant. Gurdon Williams, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.